1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff
6  AMERICAN GENERAL LIFE
   INSURANCE COMPANY
7

8

9              UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11
   AMERICAN GENERAL LIFE                 )  Case No. C07-02988
12 INSURANCE COMPANY,                    )
                                         )  AMERICAN GENERAL LIFE
13              Plaintiff,               )  INSURANCE COMPANY'S NOTICE
                                         )  OF INTERESTED PARTIES
14       v.                              )
                                         )
15 SHIRLEY DE CASTRO,                    )
                                         )
16              Defendant.               )
                                         )
17 _____)

18       Plaintiff American General Life Insurance Company ("American General") hereby submits
19 this Notice of Interested Parties:
20       Plaintiff American General Life Insurance Company – No pecuniary interest, other than to
21 recover the costs and fees to which it is entitled as awarded by the Court.
22       Defendant Shirley De Castro – Named primary beneficiary under the life insurance policy.
23 Her primary interest is a payout of the life insurance policy proceeds.
24
25 Date: June 7, 2007         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
26                            By: _____
                                  Adrienne C. Publicover
27                                Michael K. Brisbin
                                  Attorneys for Plaintiff
28                                AMERICAN GENERAL LIFE INSURANCE COMPANY

- 1 -
AMERICAN GENERAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES
USDC NDCA No.