ADRIENNE C. PUBLICOVER  (SBN 161432)
MICHAEL K. BRISBIN  (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:      (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | **Case No. C07-02988 PVT** |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| SHIRLEY DE CASTRO, | |
| Defendant. | |

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

1.    **NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;**

2.    **WAIVER OF SERVICE OF SUMMONS (2 COPIES);**

3.    **PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY REFIEF AND RESCISSION;**

4.    **CIVIL COVER SHEET;**

5.    **SUMMONS;**

6.    **AMERICAN GENERAL LIFE INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES;**

7.    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

- 1 -

8.    **US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE , SAN JOSE DIVISION GUIDELINES;**

9.    **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE;**

10.   **GENERAL ORDER NO. 40 – PROHIBITION OF BIAS;**

11.   **GENERAL ORDER NO. 45 – ELECTRONIC CASE FILING;**

12.   **NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION;**

13.   **INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS;**

14.   **ECF REGISTRATION INFORMATION HANDOUT;**

15.   **ORDER OF THE CHIEF JUDGE.**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

____: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

 XX: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____: **Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

Ms. Leslie Mark Gammill
Kerwin & Kerwin
968 Woodside Road
Redwood City, California 94061
*Attorney for Defendant*
*Shirley De Castro*

        I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

        EXECUTED July 12, 2007 at San Francisco, California.


_____
Joya Yeung

- 2 -