```
ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370
```

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY DE CASTRO,<br><br>Defendant. | Case No. C07-02988 PVT<br><br>**THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS; PROPOSED ORDER** |

Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY ("AGLIC") and defendant SHIRLEY DE CASTRO ("MS. DE CASTRO"), through their respective counsel of record, stipulate and apply to the United States District Court, Northern District, San Jose Division, for an Order of this Court extending the time for defendant MS. DE CASTRO to execute and return her Waiver of Service of Summons, up to and including, September 12, 2007.

/ / /

/ / /

/ / /

THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS
USDC NDCA No.  C07-02988 PVT
295456.1

1

1. On June 7, 2007 plaintiff AGLIC filed a lawsuit in the United States District Court, Northern District – San Jose Division, case number CV 07-02988 PVT seeking Declaratory Relief.

2. On July 12, 2007 plaintiff AGLIC served defendant MS. DE CASTRO'S counsel, Leslie Mark Gammill, of Kerwin, Kerwin & Gammill, with the filed Complaint, Summons, Notice of Interested Parties, Civil Cover Sheet and all other Court issued documents.

3. On August 13, 2007 defendant MS. DE CASTRO, through her counsel, notified plaintiff AGLIC'S counsel that MS. DE CASTRO was in search of a new attorney who practiced in Federal Court as Ms. Gammill of Kerwin, Kerwin & Gammill, does not practice in this venue.

4. On August 13, 2007 counsel for plaintiff AGLIC, Michael K. Brisbin, contacted counsel for MS. DE CASTRO and agreed to provide a 30 day extension for defendant DE CASTRO to find new counsel so the new counsel could accept service on behalf of defendant DE CASTRO rather than personally serving her. Said decision was also made to allow additional time to further review the file and potentially resolve this matter after selection of new counsel is completed.

5. In accordance with the spirit of the Local Rules which envisions cooperation between Counsel, and assuming such an extension will not cause undue burden on this Court, Counsel for all parties agree to extend by thirty (30) days, the date for defendant MS. DE CASTRO to locate new counsel and then execute and return the Waiver of Service of Summons, up to and including September 12, 2007.

**IT IS SO STIPULATED.**

THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS
USDC NDCA No. C07-02988 PVT
295456.1

| | | |
|---|---|---|
| 1 | Date: August 2̶0̶ 27, 2007 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | Adrienne C. Publicover |
| 6 | | Michael K. Brisbin |
| 7 | | Attorneys for Plaintiff **AMERICAN GENERAL LIFE INSURANCE COMPANY** |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Date: August 20, 2007 | KERWIN, KERWIN & GAMMILL, LLP |
| 12 | | |
| 13 | | By: /s/ Patrick C. Kerwin for |
| 14 | | Leslie Mark Gammill Attorney for Defendant |
| 15 | | **SHIRLEY DE CASTRO** |

THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS
USDC NDCA No. C07-02988 PVT
295456.1

## ORDER

In light of the foregoing stipulation of the Parties, and good cause appearing therefore, the Court hereby orders that the deadline for Defendant SHIRLEY DE CASTRO to execute and return her waiver of service of summons is extended for 30 days, up to and including September 12, 2007.

IT IS SO ORDERED.

Dated: August  , 2007

_____
U.S. DISTRICT COURT JUDGE

THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS
USDC NDCA No.  C07-02988 PVT
295456.1

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS; PROPOSED ORDER**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX: By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Leslie Mark Gammill
Patrick Kerwin
Kerwin & Kerwin
968 Woodside Road
Redwood City, California 94061
Tel: (650) 366-8060
Fax: (650) 366-4214
*Attorney for Defendant*
*Shirley De Castro*

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED August 27, 2007 at San Francisco, California.

*Joya Yeung*

---

THE PARTIES JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT SHIRLEY DE CASTRO TO EXECUTE HER WAIVER OF SERVICE OF SUMMONS
USDC NDCA No. C07-02988 PVT
295456.1