**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | C 07-2988 PVT |
| *Plaintiff(s),* | **CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| *vs.* | |
| SHIRLEY DE CASTRO, | |
| *Defendant(s).* | |

    Please take notice that the Case Management Conference scheduled for September 11, 2007 at 2:00 p.m. has been rescheduled to **September 25, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: September 7, 2007

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK