1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff
6  **AMERICAN GENERAL LIFE
   INSURANCE COMPANY**
7
8
9                       UNITED STATES DISTRICT COURT
10          NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
11

12 | AMERICAN GENERAL LIFE        ) | Case No. C07-02988 PVT
   | INSURANCE COMPANY,           ) |
13 |                              ) | NOTICE OF INTENT TO APPEAR
   |           Plaintiff,         ) | TELEPHONICALLY FOR CASE
14 |                              ) | MANAGEMENT CONFERENCE
   |    v.                        ) |
15 |                              ) |
   | SHIRLEY DE CASTRO,           ) | Date:  September 25, 2007
16 |                              ) | Time:  2:00 p.m.
   |           Defendant.         ) | Ctrm.: 5, 4th Floor
17 |                              ) |
18 |_____) |

19      PLEASE TAKE NOTICE that Michael K. Brisbin, counsel for Plaintiff AMERICAN
20 GENERAL LIFE INSURANCE COMPANY, intends to appear telephonically for the Case
21 Mangement Conference scheduled for **September 25, 2007** at **2:00 p.m.** in **Courtroom 5, 4th Floor**
22 of this court. Counsel will be in Los Angeles County for depositions in another matter for the week
23 of September 24 – 28, 2007. Counsel may be reached at (415) 559-5233.

24 Date: September 12, 2007     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

25
26                              By: _____
                                    Adrienne C. Publicover
27                                  Michael K. Brisbin
                                    Attorneys for Plaintiff
28                                  AMERICAN GENERAL LIFE INSURANCE COMPANY

- 1 -
NOTICE OF INTENT TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE
USDC NDCA No. C07-02988 PVT
300390.1

## PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**NOTICE OF INTENT TO APPEAR TELEPHONICALLY FOR
CASE MANAGEMENT CONFERENCE**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX: By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

James Mills
Law Office of James Mills
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 521-8748
Fax: (510) 277-1413
*Attorney for Defendant
Shirley De Castro*

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED September 13, 2007 at San Francisco, California.

Joya Yeung

---

- 2 -
NOTICE OF INTENT TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE
USDC NDCA No. C07-02988 PVT
300390.1