1  ADRIENNE C. PUBLICOVER (SBN 161432)
   MICHAEL K. BRISBIN (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Plaintiff
6  **AMERICAN GENERAL LIFE**
   **INSURANCE COMPANY**
7

8

9

10                    UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

12

13  AMERICAN GENERAL LIFE                )  **Case No. C07-02988 PVT**
    INSURANCE COMPANY,                   )
14                                       )
                                         )  **PLAINTIFF AMERICAN GENERAL LIFE**
15            Plaintiff,                 )  **INSURANCE COMPANY'S NOTICE OF**
                                         )  **SETTLEMENT**
16       v.                              )
                                         )
17  SHIRLEY DE CASTRO,                   )
                                         )
18            Defendant.                 )
                                         )
19  _____  )

20

21       **TO THE HONORABLE PATRICIA V. TRUMBULL, ALL PARTIES AND**

22  **THEIR ATTORNEYS OF RECORD**:

23       PLEASE TAKE NOTICE that Plaintiff AMERICAN GENERAL and Defendant

24  SHIRLEY DE CASTRO reached a settlement of this lawsuit on Thursday, October 4, 2007.

25       The Parties expect all closing documents to be finalized within the next 30 days and also

26  expect to file a Joint Request for Dismissal with Prejudice during the same time period.

27  / / /

28  / / /

_____

Plaintiff American General Life Insurance Company's Notice of Settlement
Case No.: C07-02988 PVT
305472.1

1    The Parties request the Status Conference set for October 30, 2007 become the protective

2  date to ensure the timely completion of the Release and Settlement Agreement and filing the

3  Joint Request for Dismissal with Prejudice.

4

5  Dated:  October 5, 2007          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

6

7                                   By: _____

8                                        ADRIENNE C. PUBLICOVER
                                         MICHAEL K. BRISBIN
9                                        Attorneys for Plaintiff
                                         **AMERICAN GENERAL LIFE**
10                                       **INSURANCE COMPANY**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Plaintiff American General Life Insurance Company's Notice of Settlement
Case No.: C07-02988 PVT
305472.1

1

## PROOF OF SERVICE

2

3        I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

4

5        On this date I served the following document(s):

6    ### PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S NOTICE OF SETTLEMENT

7

8    on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

9    **XX: By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

10

11    **___: By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

12

13    **___: By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

14

15    **___: Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

16    James Mills
Law Office of James Mills
17    1300 Clay Street, Suite 600
Oakland, CA  94612
18    Tel: (510) 521-8748
Fax: (510) 277-1413
19    *Attorney for Defendant*
*Shirley De Castro*
20

21        I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

22

23        EXECUTED October 5, 2007 at San Francisco, California.

24

25    Joya Yeung

26

27

28

Plaintiff American General Life Insurance Company's Notice of Settlement
Case No.: C07-02988 PVT
305472.1