ADRIENNE C. PUBLICOVER (SBN 161432)
MICHAEL K. BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY DE CASTRO,<br><br>Defendant. | **Case No. C07-02988 PVT**<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE PATRICIA V. TRUMBULL:**

The Parties having reached a settlement and completed all the necessary settlement documents in this case, **IT IS HEREBY STIPULATED and REQUESTED**, that this case be dismissed with prejudice, each Party to bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated: October 11, 2007

LAW OFFICES OF JAMES MILLS

By: ______________________
JAMES MILLS
Attorney for Defendant
**SHIRLEY DE CASTRO**

Dated: October 11, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________

ADRIENNE C. PUBLICOVER
MICHAEL K. BRISBIN
Attorneys for Plaintiff
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party, Plaintiff AMERICAN GENERAL LIFE INSURNACE COMPANY and Defendant SHIRLEY DE CASTRO, to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated: October ___, 2007

_______________________________
HONORABLE PATRICIA V. TRUMBULL
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT

**PROOF OF SERVICE**

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX: By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

**___: By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

**___: By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

**___: Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

James Mills
Law Office of James Mills
1300 Clay Street, Suite 600
Oakland, CA 94612
Tel: (510) 521-8748
Fax: (510) 277-1413
***Attorney for Defendant***
***Shirley De Castro***

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED October 15, 2007 at San Francisco, California.

Joya Yeung